# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| CENTURY INDEMNITY COMPANY, AS SUCCESSOR TO CCI INSURANCE COMPANY, AS SUCCESSOR TO INSURANCE COMPANY OF NORTH AMERICA AND PACIFIC EMPLOYERS INSURANCE COMPANY, | : : : : : : | No. 45 EAL 2018 |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| Respondents | : : : : | |
| v. | : : : | |
| ONEBEACON INSURANCE COMPANY F/K/A CGU INSURANCE COMPANY F/K/A GENERAL ACCIDENT INSURANCE COMPANY OF AMERICA, | : : : : : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 7th day of August, 2018, the Petition for Allowance of Appeal is **DENIED**.